UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALFREDO OSEAS CARRETO PEREZ, (A-Number: 240-465-226),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>Respondent. | No. 1:26-cv-08741-KES-EGC (HC)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN FOURTEEN (14) DAYS<br><br>Doc. 1 |

Petitioner Malfredo Oseas Carreto Perez ("petitioner" or "Perez") is an immigration detainee proceeding pro se with a petition for writ of habeas corpus and a motion for temporary restraining order. Docs. 1, 4. Respondent filed an opposition to Perez's petition stating that petitioner is detained pursuant to 8 U.S.C. § 1226(a). Doc. 9 at 1. Respondent states that "[p]etitioner is therefore entitled to seek and is awaiting a custody redetermination hearing to be scheduled before an immigration judge." *Id.* But by filing the instant petition, Perez is affirmatively seeking to have a custody redetermination hearing scheduled.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondent is ORDERED to provide petitioner Malfredo Oseas Carreto Perez (A-Number: 240-465-226) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within fourteen (14) days of the issuance of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by

an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. If respondents do not provide petitioner with a bond hearing within fourteen (14) days, then respondents must release him, unless the hearing is extended at petitioner's request.[1]

The Clerk of Clerk is directed to close this case, terminate all pending motions as moot, and to serve the Golden State Annex Detention Facility with a copy of this Order.

IT IS SO ORDERED.

Dated: November 15, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.